Dale M. Cendali
Claudia Ray
Mary Mazzello
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
claudia.ray@kirkland.com
mary.mazzello@kirkland.com

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEUGNE BOTHA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SONY MUSIC ENTERTAINMENT, THE ORCHARD MUSIC COMPANY, APPLE INC., AMAZON, INC., SPOTIFY, INC., GOOGLE, INC., MICROSOFT, INC., DEEZER, INC., SHAZAM MEDIA SERVICES, INC., MEDIANET, INC., CD UNIVERSE, INC. and SAAVAN, LLC,<br><br>                    Defendant. | Case No.: 18-cv-06840 (GBD) (JLC)<br><br>ECF Case<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, Dennis P. Waggoner of Hill, Ward & Henderson, P.A., hereby withdraws from this action as an attorney of record for Defendant Apple Inc. ("Apple").  Attorneys Dale Cendali, Claudia Ray, and Mary Mazzello of

Kirkland & Ellis, LLP, admitted to practice before this Court, will remain counsel of record for Apple. All pleadings, notices, orders and other papers should be served as follows:

>Dale M. Cendali
>Claudia Ray
>Mary Mazzello
>KIRKLAND & ELLIS LLP
>601 Lexington Avenue
>New York, New York 10022
>Telephone: (212) 446-4800
>Facsimile: (212) 446-4900
>dale.cendali@kirkland.com
>claudia.ray@kirkland.com
>mary.mazzello@kirkland.com

Dated: August 7, 2018

*[signature: Dale Cendali]*

Dale M. Cendali
Claudia Ray
Mary Mazzello
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
claudia.ray@kirkland.com
mary.mazzello@kirkland.com

*Attorneys for Defendant Apple Inc.*

Dated: August 6, 2018

*[signature: D. P. Waggoner]*

Dennis P. Waggoner
HILL WAR & HENDERSON, P.A.
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: (813) 227-8426
Facsimile: (813) 221-2900
dennis.waggoner@hwhlaw.com

*Outgoing Counsel for
Defendant Apple Inc.*

The withdrawal of counsel is hereby approved. **IT IS SO ORDERED.**

_____, 2018

_____
Hon. James L. Cott
UNITED STATES MAGISTRATE JUDGE